

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,812-01

**In Re State of Texas Ex Rel. KIM OGG, Relator**

**ON MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS AND EMERGENCY PETITION FOR WRIT OF MANDAMUS HARRIS COUNTY**

*Per curiam*.

## O R D E R

We have before us a motion for leave to file a petition for a writ of mandamus and the associated petition for a writ of mandamus. Relator has asked that we expedite the ruling in this matter.

In November 1993, a jury convicted Arthur Brown Jr. of a June 1992 capital murder. *See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the special issues submitted pursuant to Texas Code of Criminal Procedure article 37.071, the trial court sentenced Brown to death. This Court affirmed Brown's conviction and sentence

on direct appeal. *Brown v. State*, No. AP-71,817 (Tex. Crim. App. Dec. 18, 1996) (not designated for publication). We also denied relief on Brown's initial post-conviction writ of habeas corpus application. *Ex parte Brown*, No. WR-26,178-02 (Tex. Crim. App. June 18, 2008) (not designated for publication).

Brown filed a subsequent writ application in the trial court on November 3, 2014, and it was forwarded to this Court. We remanded one claim to the trial court. After the case was returned to this Court, we denied relief on the remanded claim and dismissed the rest. *Ex parte Brown*, No. WR-26,178-03 (Tex. Crim. App. Oct. 18, 2017) (not designated for publication).

On April 6, 2022, Relator filed in the trial court a proposed order setting an execution date. If signed by Respondent, Relator's order would set an August 31, 2022 execution date for Brown. Brown filed a pleading opposing the setting of an execution date.

In a hearing on whether to sign the proposed order to set Brown's execution, Respondent said that she had reviewed the parties' pleadings and that she would not sign the order. Instead, she stated that she would appoint counsel for Brown because his pleading opposing the setting of an execution date indicated that Brown "is going to file a [subsequent] writ and needs a new lawyer."

Relator thereafter filed the pleading currently before us. Before issuing a decision on Relator's motion for leave to file, this Court would like to hear from Respondent.

Therefore, we order Respondent, the Honorable Natalia Cornelio, Judge of the 351st District Court, to file in this Court on or before Friday, May 27, 2022, a response to Relator's pleadings.  Real party in interest Brown is also invited to respond.  Brown's response is due within the same time period.

IT IS SO ORDERED THIS THE 25th DAY OF MAY, 2022.

Do Not Publish